<span style="color:red">**CORRECTED**</span>

# In the United States Court of Federal Claims

No. 24-199
Filed: March 24, 2026

|  |
|---|
| **PATRICK SNEE, et al.,** <br><br> *Plaintiffs*, <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> *Defendant*. |

## ORDER

For the reasons addressed at the Final Pretrial Conference in *Zanzarella*, the Court finds that severance of certain parties is appropriate for efficient case management. (*See* Hearing Tr. at 33:8–34:17, *Zanzarella v. United States*, Case No. 24-239, ECF No. 100). Accordingly, pursuant to RCFC 21, it is hereby **ORDERED**:

1.  This case shall be severed into Case Number 24-19901.

2.  The following plaintiffs (the "Severed Plaintiffs") are hereby assigned to Case No. 24-19901:

    1.  Patrick Snee,

    2.  Joseph & Patricia Aiello,

    3.  Nicola Apap,

    4.  Ark of Grace Ministries, Inc.,

    5.  Beacon Commercial Realty Properties, LLC,

    6.  Beacon Lodge No. 1493, Benevolent Protective Order of Elks (BPOE),

    7.  Daniel P. & Jeanne Burke,

    8.  DKH Realty, LLC (Claims 21a-e),

    9.  Colin & Kristy Dunnigan,

    10. FPGU, Inc.,

11. Irma Farfaro,

12. Alberto & Elizabeth Garcia,

13. Derek Gibb,

14. Sharon Gladman,

15. Christine M. Harsaghy,

16. Kim & Thomas Herman,

17. Michael Huxta,

18. J & T Sunset Farms, LLC (Claims 43b[1] & 43c),

19. JAT Farms, LLC,

20. Gerald Kosilla as Trustee of The Kosilla Family Irrevocable Trust,

21. Lank's Automotive, Inc.,

22. Lia Brewster Realty, LLC (Claims 54c & 54d),

23. Lori Joseph Builders, Inc.,

24. John & Susan Madera as Trustees of the John Madera & Susan Madera Irrevocable Trust,

25. Frank Matteo & Rosa Carrasco,

26. Michael & Michelle McAllister,

27. Lawrence & Christyanne Miano,

28. Douglas Mort,

29. Phillip Oliva,

---

[1] The Court did not rule on the centerline presumption for Plaintiff J&T Sunset Farms, LLC's Claim 43b, and instead ruled that the issue was "Unclear, questions of fact remain for trial." (*See* Ord. at 29, ECF No. 55). Accordingly, although the centerline presumption was not rebutted for this claim, the parties included Plaintiff J&T Sunset Farms, LLC's Claim 43b on this list of Plaintiffs to be severed because the issue remains a triable fact. (*See* Joint Status Report at 2 n.1, ECF No. 63).

30. Donato Pozzuto (Claims 70a & 70b),

31. Donato & Carmelina Pozzuto,

32. Catherine & Michael Roberts,

33. David & Judith Rochman,

34. Sarah & Peter Sobek,

35. Kevin Thacke & Sandra Genaro,

36. John Volkmann, as Trustee of the John J. Volkmann, Sr. & Irene M. Volkmann Irrevocable Trust,

37. Karen & Richard Warren,

38. Whitefield Properties, LLC,

39. Roger Woolcott & Catherine Josset,

40. MXYZPTLK-NY LLC, and

41. Neil Kavey & Madelon O'Shea.

3. The Clerk of the Court is directed to reorganize the claims of the Severed Plaintiffs into a new action. This new action shall be captioned "Patrick Snee, et al. v. United States" and be assigned Case No. 24-19901.

4. All remaining plaintiffs not listed above shall continue their claims under Case No. 24-199 and which shall be captioned "Julius Almenas, III, et al. v. United States" from this point forward.

5. The parties are not required to refile prior pleadings or submissions in the newly docketed case; the record of Case No. 24-19901 shall be deemed to include all relevant prior filings in Case No. 24-199.

6. Neither the severance of the plaintiffs herein nor the creation of the new docket shall affect this Court's jurisdiction over the remaining plaintiffs in Case No. 24-199.

**IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge